UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PMA COMPANIES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GENOX TRANSPORTATION, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:20-cv-2540-JLS-RBM<br><br>**ORDER GRANTING PLAINTIFF AND DEFENDANT GENOX TRANSPORTATION INC.'S STIPULATED MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>[Doc. 6] |

On January 26, 2021, Plaintiff PMA Companies and Defendant Genox Transportation, Inc. requested that the Court continue the Early Neutral Evaluation Conference ("ENE") set for **February 12, 2021 at 1:30 p.m.**, via Zoom. (Docs. 4, 6.) A Case Management Conference ("CMC") is scheduled to follow the ENE, to the extent the case does not settle. The parties allege good cause exists to continue the ENE because all necessary parties to the matter have not been served or made an appearance in the action, thus, an early resolution is unlikely. (Doc. 6 at 1-2.) Likewise, the parties allege good cause exists to continue the CMC because the parties cannot meaningfully meet and confer and agree upon a discovery plan absent an appearance by all parties.

    Good cause appearing, the Court **GRANTS** the parties' motion. The Court will hold the ENE and CMC in abeyance for thirty days for purposes of allowing additional time for service to be effectuated as against the remaining Defendant, Laird Transportation, LLC.

**IT IS SO ORDERED**.

Dated: February 1, 2021

                                           HON. RUTH BERMUDEZ MONTENEGRO
                                           UNITED STATES MAGISTRATE JUDGE