UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PMA COMPANIES,<br><br>                              Plaintiff,<br><br>v.<br><br>GENOX TRANSPORTATION, INC., et al.,<br><br>                              Defendants. | Case No.: 3:20-cv-2540-JLS-RBM<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER THIRD PARTY COMPLAINT**<br><br>[Doc. 25] |
| APPLIED LNG TECHNOLOGIES, LLC,<br><br>                              Cross-Claimant,<br><br>v.<br><br>LAIRD TRANSPORTATION, LLC, GENOX TRANSPORTATION, INC.<br><br>                              Cross-Defendants. | |
| APPLIED LNG TECHNOLOGIES, LLC,<br><br>                              Third Party Plaintiff,<br><br>v.<br><br>CLEANCOR LNG, LLC, JASON LAIRD,<br><br>                              Third Party Defendants. | |

On March 24, 2021, Third Party Plaintiff Applied LNG Technologies, LLC and Third Party Defendant Cleancor LNG, LLC filed a stipulated motion requesting the Court to grant an extension of time for Cleancor LNG, LLC to respond and/or answer the Third Party Complaint filed by Applied LNG Technologies, LLC. (Doc. 25.) Based upon the stipulation of the parties and good cause appearing, the Court **GRANTS** Cleancor LNG, LLC an extension of time to respond and/or answer the Third Party Complaint.

**IT IS HEREBY ORDERED** that Cleancor LNG, LLC shall respond to or answer the Third Party Complaint filed by Applied LNG Technologies, LLC on or before April 15, 2021.

**IT IS SO ORDERED.**

Dated: March 25, 2021

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE