UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PMA COMPANIES,<br><br>Plaintiff,<br><br>v.<br><br>GENOX TRANSPORTATION, INC., et al.,<br><br>Defendants. | Case No.: 3:20-cv-2540-JLS-RBM<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO CROSS-CLAIM**<br><br>[Doc. 32] |
| APPLIED LNG TECHNOLOGIES, LLC,<br><br>Cross-Claimant,<br><br>v.<br><br>LAIRD TRANSPORTATION, LLC, GENOX TRANSPORTATION, INC.<br><br>Cross-Defendants. | |
| APPLIED LNG TECHNOLOGIES, LLC,<br><br>Third Party Plaintiff,<br><br>v.<br><br>CLEANCOR LNG, LLC, JASON LAIRD,<br><br>Third Party Defendants. | |

1

On May 4, 2021, Third Party Plaintiff Applied LNG Technologies, LLC and Third Party Defendant Cleancor LNG, LLC filed a joint motion to extend the time for Applied LNG Technologies, LLC to file a response to Cleancor LNG, LLC's cross-claim. (Doc. 32 at 2.) Good cause appearing, the joint motion is **GRANTED**. **IT IS HEREBY ORDERED** that Applied LNG Technologies, LLC is granted up through **June 4, 2021** to file a response to the cross-claim of Cleancor LNG, LLC.

**IT IS SO ORDERED.**

Dated: May 5, 2021

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE