UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PMA COMPANIES,<br><br>                    Plaintiff,<br><br>v.<br><br>GENOX TRANSPORTATION, INC., et al.,<br><br>                    Defendants. | Case No.: 3:20-cv-2540-JLS-RBM<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO JOIN ADDITIONAL PARTIES, AMEND PLEADINGS, AND FILE ADDITIONAL PLEADINGS**<br><br>[Docs. 23, 36] |
| APPLIED LNG TECHNOLOGIES, LLC,<br><br>                    Cross-Claimant,<br><br>v.<br><br>LAIRD TRANSPORTATION, LLC, GENOX TRANSPORTATION, INC.<br><br>                    Cross-Defendants. | |
| APPLIED LNG TECHNOLOGIES, LLC,<br><br>                  Third Party Plaintiff,<br><br>v.<br><br>CLEANCOR LNG, LLC, JASON LAIRD,<br><br>                  Third Party Defendants. | |

1

On May 20, 2021, Plaintiff PMA Companies, Defendant Genox Transportation, Inc., Third Party Plaintiff Applied LNG Technologies, LLC and Third Party Defendant Cleancor LNG, LLC filed a joint motion for a thirty-day extension of time to join other parties, amend the pleadings, and file additional pleadings. (Doc. 36 at 2.) The parties allege good cause exists to modify the Court's March 22, 2021 Scheduling Order (Doc. 23) because Cleancor recently obtained new counsel who are diligently analyzing indemnity issues and determining whether new parties should be added. (*Id.*) Additionally, Defendant Laird Transportation, LLC has yet to appear. (*Id.*)

A scheduling order may be modified only upon a showing of good cause and with the judge's consent. FED. R. CIV. P. 16(b)(4); *see, e.g.*, *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (stating, "the focus of [the good cause] inquiry is upon the moving party's reasons for seeking modification.").

Good cause appearing, the joint motion is **GRANTED**. **IT IS HEREBY ORDERED** that the Court's March 22, 2021 Scheduling Order is hereby amended as follows: any motion to joint other parties, to amend the pleadings, or to file additional pleadings shall be filed by **June 21, 2021**. All other dates in the March 22, 2021 Scheduling Order remain operative.

**IT IS SO ORDERED.**

Dated: May 21, 2021

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE